UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MARTINEZ,<br><br>                              Plaintiff,<br><br>               v.<br><br>RALPH DIAZ, et al.,<br><br>                              Defendants. | Case No. 5:20-cv-02027-MCS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Plaintiff Jose Luis Martinez ("Plaintiff") has objected. The Court does not find Plaintiff's objections persuasive. Therefore, the Court accepts the findings and recommendation of the Magistrate Judge, with amendments unrelated to Plaintiff's objections.

The R&R was unclear about which, if any, claims against Doe Defendants 1-10 survived. Therefore, the Court amends the R&R to clarify that the group of Officer Defendants, against whom Plaintiff's Fourth Amendment and Fourteenth

/ / /

1    Amendment Equal Protection claims, the corresponding Bane Act claim, and the

2    corresponding Ralph Act claim may proceed, includes Doe Defendants 1-10.

3         Thus, lines 14-21, page 2 of the R&R are amended[1] to read as follows:

4              Plaintiff alleges claims against the following individuals as

5         defendants related to the search incident (collectively, "Officer

6         Defendants"), in their individual capacities: *Does 1-50, whom Plaintiff*

7         *identifies as "Correctional Officers involved in mass night raid[,]"*

8         "correctional sergeant[s]" "(Unknown) Sanders" and "(Unknown)

9         Frias"; and correctional officers "(Unknown) Nunez", "(Unknown)

10        Vance", "(Unknown) Montgomery", "(Unknown) Strippling",

11        "(Unknown) Rossolio", "(Unknown) Wright", "(Unknown) Landry",

12        "(Unknown) Allen", "P. Kuntz" ("Kuntz"), "(Unknown) Messerli",

13        and B. Wilson ("Wilson").  Id. at 5-6 (capitalization normalized).

14   Electronic Case Filing Number 17, R&R at 2.

15        Additionally, the Court amends the R&R by striking lines 5 and 6 on page 3

16   and removing the separate reference to "the Doe Defendants" or "Does" at the

17   following locations: line 7, page 3; line 7, page 4; line 8, page 6; and line 4, page

18   14.  These changes will remove inconsistencies where Doe Defendants are referred

19   to as separate from the Officer Defendant subgroup.

20        IT IS THEREFORE ORDERED the Report and Recommendation of the

21   Magistrate Judge is ACCEPTED with the above discussed amendments and that all

22   claims in Plaintiff's Complaint except for the Fourth Amendment and Fourteenth

23   Amendment Equal Protection claims, the corresponding Bane Act claim, and the

24   corresponding Ralph Act claim against Defendants Does 1-10; correctional

25   sergeants (Unknown) Sanders and (Unknown) Frias; and correctional officers

26   _____

27   [1] The italicization denotes content not originally appearing in the R&R that is added by the
     amendment.  The italicization does not appear in any final version of the R&R.

28                                                    2

(Unknown) Nunez, (Unknown) Vance, (Unknown) Montgomery, (Unknown) Strippling, (Unknown) Rossolio, (Unknown) Wright, (Unknown) Landry, (Unknown) Allen, Kuntz, (Unknown) Messerli, and Wilson are **DISMISSED** without prejudice and without leave to amend.

Dated: March 11, 2022

_____
HONORABLE MARK C. SCARSI
United States District Judge